UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS SUCCESSOR-IN-INTEREST TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-10,<br><br>              Plaintiff,<br><br>  v.<br><br>SUSAN M. TOMBARELLI; OCCUPANTS OF THE SUBJECT REAL PROPERTY; ALL OTHER UNKNOWN PERSONS OR PARTIES CLAIMING ANY RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE REAL ESTATE DESCRIBED IN THE COMPLAINT HEREIN,<br><br>              Defendants. | No.   2:19-cv-00119-SMJ<br><br>**ORDER GRANTING MOTION FOR REMAND AND CLOSING CASE** |

Before the Court, without oral argument, is Plaintiff's Motion for Remand to State Court, ECF No. 5. On February 2, 2016, Plaintiff filed suit against Defendants in the Spokane County Superior Court. ECF No. 1-1 at 4. The complaint was served

ORDER GRANTING MOTION FOR REMAND AND CLOSING CASE **-** 1

on February 7, 2016. ECF No. 5 at 49–50.

Defendants removed to this Court on April 11, 2019. ECF No. 1. Plaintiff moves to remand, arguing that no basis for subject matter jurisdiction exists and that removal was untimely. ECF No. 5 at 2–3. Defendants failed to file a response to the motion. *See* LCivR 7(c)(2)(A)(ii), (e). Accordingly, the Court considered the motion on the date signed below, in advance of the motion hearing date. Having reviewed the pleadings and the file in this matter, the Court is fully informed and grants the motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Remand to State Court, **ECF No. 5**, is **GRANTED**.
2. This case is **REMANDED** to the **Spokane County Superior Court**, case number 16200437-1.
3. All parties shall bear their own costs and attorneys' fees, unless a subsequent court rules otherwise.
4. All pending motions are **DENIED AS MOOT**.
5. All hearings and other deadlines are **STRICKEN**.
6. The Clerk's Office is directed to **CLOSE** this file.

//

//

ORDER GRANTING MOTION FOR REMAND AND CLOSING CASE **-** 2

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 12th day of June 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER GRANTING MOTION FOR REMAND AND CLOSING CASE **-** 3